



JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JUAN JOSE RAMIREZ,<br><br>    Petitioner,<br><br>    v.<br><br>J. TIM OCHOA, Warden,<br><br>    Respondent. | Case No. SACV 11-1305-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 30, 2011

_____
Gary A. Feess
United States District Judge