JS - 6/ENTER




# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JUAN JOSE RAMIREZ,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>J. TIM OCHOA, Warden,<br><br>　　　　Respondent. | Case No. SACV 11-1305-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 30, 2011

_____
Gary A. Feess
United States District Judge